# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (SEATTLE)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 14-30180, 14-30183, 14-30184, and 14-30185 |
| Case Title | United States v. Mark Ellison, David Swenson, Jeremy Swenson, and Douglas Swenson |

assigned for hearing:

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | June 5, 2017 | Time | 9:00 AM | Courtroom | 7th Floor, Courtroom 2 | Location |

1010 Fifth Avenue, Seattle, WA

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Angelo J. Calfo (allocated 17 minutes of argument by agreement of appellants' counsel) |
| Phone | (206) 407-2200 |
| Email Address | angeloc@calfoeakes.com |
| Party/parties represented | Douglas Swenson |
| Names of other appearing counsel on side and allocation of total time per side if more than one attorney to argue | Jeffrey P. Robinson (allocated 3 minutes of argument by agreement of appellants' counsel); Greg S. Silvey; John R. Kormanik |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Angelo J. Calfo | Date | April 25, 2017 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or, if exempt from electronic filing-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, William K. Nakamura U.S. Courthouse, 1010 Fifth Avenue, Seattle WA 98104
Phone: 206-224-2200